Ian A. Rambarran, Bar No. 227366
Jonathan C. Cahill, Bar No. 287260
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544

Attorneys for Defendant
SPECIALIZED LOAN SERVICING LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a limited liability company, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-01387-WBS-AC<br><br>**ORDER RE STIPULATION TO SET ASIDE AND VACATE DEFAULT AS TO DEFENDANT SPECIALIZED LOAN SERVICING LLC** |

The Court, having considered Plaintiff CHRISTOPHER MARTINEZ, et al. ("Plaintiff") and SPECIALIZED LOAN SERVICING, LLC ("Defendant") (collectively, the "Parties") Stipulation to Set Aside and Vacate Default as to Defendant Specialized Loan Servicing LLC, and for good cause, the Court rules and orders as follows:

1.   The entry of Default against Defendant Specialized Loan Servicing LLC. entered by the Court on August 30, 2024, on the Complaint of Plaintiff CHRISTOPHER MARTINEZ ("Plaintiff"), is hereby set aside and vacated.

/ / /

/ / /

/ / /

2. Specialized Loan Servicing LLC shall serve and file a responsive pleading to Plaintiff's Complaint within 14 days of service of this Order.

**IT IS SO ORDERED.**

Dated: September 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE