1  Sarah Shapero (Bar No. 281748)
   SHAPERO LAW FIRM, PC
2  100 Pine St., Ste. 530
   San Francisco, CA 94111
3  Phone: (415) 273-3504 | Fax: (415) 358-4116
   sarah@shaperolawfirm.com
4
   Attorneys for Plaintiff,
5  CHRISTOPHER MARTINEZ

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10 | CHRISTOPHER MARTINEZ, an individual; | Case No.: 2:24-cv-01387-WBS-AC |

Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC, a limited liability company; SECURED FUNDING CORP., a corporation; and DOES 1-50, inclusive,

Defendants.

**STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**

---

STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT

Plaintiff Charles Martinez ("Plaintiff") and Specialized Loan Servicing, LLC ("Defendant") hereby stipulate as follows:

1. On May 15, 2024, Plaintiff filed a Complaint against Defendant in the above-titled Court;

2. On November 26, 2024, Defendant filed a Motion to Dismiss Plaintiff's Complaint.

3. On December 17, 2024, Plaintiff filed a First Amended Complaint.

4. On March 26, 2025, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint, which Plaintiff opposed.

5. On April 28, 2025, the Parties appeared for hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

6. On April 30, 2025, the Court issued its Order on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, which granted Plaintiff twenty-one days to file a Second Amended Complaint.

7. By and through this stipulation, the Parties agree to extend the deadline for Plaintiff to file a Second Amended Complaint by two weeks, making the new deadline for Plaintiff's Second Amended Complaint June 4, 2025.

**IT IS SO STIPULATED.**

Dated:  May 22, 2025            **SHAPERO LAW FIRM**

By: */s/ Sarah Shapero, Esq.*
Sarah Shapero, Esq.
Jessica Galletta, Esq.
Attorneys for Plaintiff Charles Martinez


Dated:  May 22, 2025            **KLINEDINST PC**

By: */s/ Jonathan Cahill, Esq.*
Jonathan Cahill, Esq.
Attorneys for Defendant
Specialized Loan Servicing, LLC

**ORDER**

Having reviewed the Parties stipulation and finding good cause to enter an Order thereon, the deadline for Plaintiff to file his Second Amended Complaint is extended to June 4, 2025.

**IT IS SO ORDERED.**

Dated: May 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE