UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHRISTOPHER MARTINEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a limited liability company; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF CWHEQ, INC., REVOLVING HOME EQUITY LON ASSET-BACKED NOTES, SERIES 2006-1; and DOES 1-50, inclusive,<br><br>    Defendants. | No. 2:24-cv-1387 WBS AC<br><br><br>ORDER RE: MOTION TO DISMISS |

----oo0oo----

Based upon the discussion with counsel at oral argument on August 4, 2025, the Second Amended Complaint is DISMISSED without prejudice. (See Defs.' Mot. to Dismiss (Docket No. 38).) Plaintiff may file a Third Amended Complaint, which may include any new claims plaintiff wishes to bring as well as those

1

1  asserted in the Second Amended Complaint, within fourteen (14)
2  days from the date of this Order.  The court expresses no opinion
3  on the merits of any of plaintiff's claims.
4          IT IS SO ORDERED.
5  Dated:  August 5, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE